**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| SHAN LING, | : | No. 4 MM 2023 |
| Petitioner | : | |
| v. | : | |
| MICHAEL LAUSCH, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of April, 2023, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.